AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. |
| BRENDYN J. ANDREW | ) | 1:18-MJ-396 |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 7, 2016-June 11, 2018 in the county of Arlington in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 1349 | Bank Fraud Conspiracy |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

SAUSA Leonard O. Evans/AUSA Alex Berrang

*Complainant's signature*

Daniel Overstreet, Special Agent, U.S.S.S.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/20/18

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, VA

Hon. Theresa Carroll Buchanan, U.S. Magistrate Judge
*Printed name and title*